IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00251-BNB

LARRY BELL,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 4 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

    Plaintiff Larry Bell is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the Federal Correctional Institution in Glenville, West Virginia. On January 29, 2009, Plaintiff submitted to the Court a Letter, in which he requests that the Court accept his tort appeal. He, however, failed to submit a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on February 6, 2009, directing the Clerk of the Court to commence a civil action and instructing Plaintiff to file his claims on a current Court-approved Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Bell was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

    On March 2, 2009, Plaintiff filed a request for an extension of time to cure the deficiencies. The request was granted. He also filed two additional requests for

extensions of time, one on March 16, 2009, and the other on April 6, 2009. The March 16, 2009, request was denied as moot, and the April 6, 2009, request was granted. The April 9, 2009, Minute Order granting the April 6, 2009, request was returned to the Court on April 20, 2009, because the address did not contain Plaintiff's proper BOP Register Number. The Clerk of the Court resent the April 9, 2009, Minute Order to Plaintiff on April 21, 2009, and allowed him an additional thirty days from April 21, 2009, to cure the deficiencies identified in the February 6, 2009, Order.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 4 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00251-BNB

Larry Bell
Reg. No. 14263-026
Federal Correctional Institution
PO Box 6000
Glenville, WV 26351

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk